UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES

-v-

DANTE CAMINERO VASQUEZ

                       Defendant.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 29, 2014

13 Cr. 213 (PAC)

ORDER

PAUL A. CROTTY, District Judge:

      Upon the application of Dante Caminero Vasquez, Defendant, for an order appointing Gráinne E. O'Neill, Esq. as associate counsel, and based on the Court's independent review it is hereby:

      ORDERED that Gráinne E. O'Neill, Esq. is appointed as an associate counsel in the United States v. Dante Caminero Vasquez, 13 Cr. 213 (PAC) and that Ms. O'Neill will be permitted to bill at a rate of sixty-five dollars ($65.00) an hour, after providing the first fifteen (15) hours of representation on a *pro bono* basis, *nunc pro tunc*.

      SO ORDERED

                                                                              _____
                                                                        Paul A. Crotty
                                                                        United States District Judge

Dated: September 29, 2014
      New York, New York